UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

United States of America,

                    Plaintiff,

     -against-

                              Case No. 7:16-mj-7648

Clarence T. Foy

                    Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                              SO ORDERED.

                              Hon. Martin R. Goldberg
                              United States Magistrate Judge

Dated: 26th day of August, 2022
       Poughkeepsie, New York